IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In the Matter of the Application ) <br> for an Order Quashing the Subpoenas ) <br> and/or Disqualifying Counsel ) <br> of Non-Party Daniel J. Edelman, Inc. ) <br> ) <br> ) <br> DANIEL J. EDELMAN, INC. ) <br> ) <br>   Petitioners, ) <br> ) <br> v. ) <br> ) <br> PRIME HYDRATION, LLC ) <br> ) <br>   Respondents. ) <br> ) | Case No. 1:25-cv-11070 <br><br> Case Pending in the United States District <br> Court for the Southern District of New York <br> Civil Action No. 24-cv-07620 |

### DANIEL J. EDELMAN, INC.'S MOTION TO QUASH DOCUMENT AND DEPOSITION SUBPOENAS AND/OR TO DISQUALIFY COUNSEL

Pursuant to Federal Rules of Civil Procedure 45(d)(3), 26(2)(C) and applicable ethics rules, non-party Daniel J. Edelman, Inc. ("Edelman") respectfully moves this Court for an order quashing the deposition and document subpoenas served on it by Prime Hydration, LLC ("Prime Hydration"), in connection with a lawsuit pending in the U.S. District Court for the Southern District of New York, *Mark Anthony International SRL, et al. v. Prime Hydration, LLC*, No. 24-cv-07620 (S.D.N.Y.) (the "New York Litigation") and/or disqualifying Prime Hydration's counsel from pursuing adverse action against Edelman.

In support of this motion, Edelman has contemporaneously filed its Memorandum of Law in Support of Its Motion to Quash Document and Deposition Subpoenas and/or to Disqualify Counsel.

Dated: September 12, 2025

        **BURKE, WARREN, MACKAY & SERRITELLA, P.C.**

        */s/ Danielle J. Gould*
        Danielle J. Gould (ARDC No. 6270700)
        dgould@burkelaw.com
        330 North Wabash Ave, 21st Floor
        Chicago, Illinois 60611-3607
        Telephone: (312) 840-7000
        Facsimile: (312) 840-7900

        *Counsel for Daniel J. Edelman Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September 2025, a true and correct copy of the foregoing **DANIEL J. EDELMAN, INC.'S MOTION TO QUASH DOCUMENT AND DEPOSITION SUBPOENAS** was served electronically by the Court's CM/ECF system to all attorneys of record and to the following (via e-mail):

| **DEBEVOISE & PLIMPTON LLP** | **GREENBERG TRAURIG, LLP** |
|---|---|
| David H. Bernstein (dhbernstein@debevoise.com) <br> Jyotin Hamid (jhamid@debevoise.com) <br> Megan K. Bannigan (mkbannigan@debevoise.com) <br> Timothy Cuffman (tcuffman@debevoise.com) <br> Jacob Hochberger (jhochberger@debevoise.com) <br> 66 Hudson Boulevard <br> New York, NY 10001 <br> (212) 909-6000 <br><br> *Attorneys for Mark Anthony International SRL, Mark Anthony Brands International Unlimited Company, and Mas+ Next Generation Beverage Co., Lionel Messi, LMGM, SLU, and Bolvir LLC* | Justin A. MacLean <br> One Vanderbilt Avenue <br> New York, NY 10017 <br> Telephone: (212) 801-9200 <br> Facsimile: (212) 801-6400 <br> Justin.MacLean@gtlaw.com <br><br> Herbert H. Finn (*pro hac vice*) <br> Barry R. Horwitz (*pro hac vice*) <br> Katherine M. Cronin (*pro hac vice*) <br> 77 W. Wacker Drive, Suite 3100 <br> Chicago, IL 60601 <br> 312-456-8400 <br> finnh@gtlaw.com <br> barry.horwitz@gtlaw.com <br> cronink@gtlaw.com <br><br> **STUMPHAUZER, KOLAYA, NADLER & SLOMAN, PLLC,** <br> One Biscayne Tower 2 <br> South Biscayne Boulevard <br> Suite 1600 <br> Miami, FL 33131 <br> tkolaya@sknlaw.com <br><br> *Attorneys for Prime Hydration LLC* |